
RECEIVED
IN MONROE, LA.
APR 0 4 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AWSUKNE D. BIBBS<br>LA. DOC #572826 | CIVIL ACTION NO. 11-1360 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN ALVIN JONES, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

Having fully considered the entire record in this matter, including Defendant's objections, for the reasons set forth in the Report and the Recommendation of the Magistrate Judge, to the extent adopted by the Court, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Awsukne D. Bibbs' Complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's motion for appointment of counsel [Doc. No. 19] is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim for lack of access to the courts, to the extent asserted in his motion for appointment of counsel, is also DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 4 day of April, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE